UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Boyd N. Boland | Laura Blunkall |
| United States Magistrate Judge | Deputy Clerk |
| Case Number: 07-cr-00429-REB | FTR BNB PM |

July 30, 2009

| | |
|---|---|
| UNITED STATES OF AMERICA | Mark Barrett |
| v. | |
| DINH VO | Neil MacFarlane |

## MOTION HEARING

Court in Session: 3:35 pm

Court calls case and appearances of counsel.

Gary Burney is present from probation.

Defense counsel tenders exhibits 1,2,3 and 4.

The government stipulates to the exhibits.

Argument from defense counsel regarding the motion for reconsideration of detention.

Argument from the government regarding the motion for reconsideration of detention.

Rebuttal argument from defense counsel.

**ORDERED:** The court takes the motion under advisement and will issue an order.

**ORDERED:** Defendant remanded to the custody of the United States Marshal.

Court in recess: 3:52 pm

Total time: 17 minutes

Hearing concluded.