**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 07-cr-00429-REB-27

UNITED STATES OF AMERICA,

    Plaintiff,

v.

27. DIHN VO,

    Defendant.

---

**MINUTE ORDER[1]**

---

At the oral request of the parties, the hearing on defendant's **Motion For Review of Order of Detention** [#901] filed August 13, 2009, previously set for August 24, 2009, is **VACATED** and is **RESET** to **September 2, 2009**, at 3:30 p.m. The U.S. Marshal shall assist in securing the defendant's appearance for this hearing.

Dated: August 21, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.